UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTWONE D. GOOLSBY, SR.,<br><br>             Plaintiff,<br><br>   vs.<br><br>ROZZELL, DONNA BURNS and<br>SHERR ALBORG,<br><br>             Defendants. | NO.  CV-07-172-AMJ<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION AND DENYING LEAVE<br>TO PROCEED *IN FORMA PAUPERIS* |

   Magistrate Judge John Jelderks filed a Report and Recommendation on August 30, 2007, recommending Mr. Goolsby be denied leave to proceed *in forma pauperis*.  There being no objections, the court **ADOPTS** the Report and Recommendation.  **IT IS ORDERED** leave to proceed *in forma pauperis* is **DENIED.**

   **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff and close the file.

   **DATED** this    5th    day of October, 2007.

                              *s/Lonny R. Suko*
                        _____
                              LONNY R. SUKO
                        UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* – 1